February 5, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE WOOD, Appellant

NO. 14-11-00979-CV                    V.

THE CITY OF TEXAS CITY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The City of Texas City, signed, October 17, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, George Wood, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.